12-2583-ag
*Shabbir Ahmad v. Eric H. Holder, Jr., United States Attorney General*

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of March, two thousand fourteen.

PRESENT:   RICHARD C. WESLEY,
                    CHRISTOPHER F. DRONEY,
                              *Circuit Judges,*
                    RONNIE ABRAMS,
                              *District Judge.*[*]

_____

SHABBIR AHMAD,

                                        *Petitioner,*

                    -v.-                                                        No. 12-2583-ag

ERIC H. HOLDER, JR.,
United States Attorney General,

                                        *Respondent.*

_____

[*] The Honorable Judge Ronnie Abrams, of the United States District Court for the Southern District of New York, sitting by designation.

FOR PETITIONER:        USMAN B. AHMAD, Long Island City, NY.

FOR RESPONDENT:        STUART F. DELERY, Acting Assistant Attorney
                       General (Alison Marie Igoe, Senior Counsel, Jeffrey L.
                       Menkin, Senior Counsel, *on the brief*), National Security
                       Office of Immigration Litigation National Security Unit,
                       Washington, D.C., *for Eric H. Holder, Jr., United States
                       Attorney General*.

**UPON DUE CONSIDERATION** of this petition for review of a Board of

Immigration Appeals ("BIA") decision, **IT IS HEREBY ORDERED, ADJUDGED**

**AND DECREED** that the petition for review is **DENIED**.

Petitioner Shabbir Ahmad seeks review of the June 8, 2012 decision of the

BIA affirming the July 1, 2010 decision of Immigration Judge Helen Sichel, which

denied Ahmad's applications for asylum, withholding of removal, and relief

pursuant to the Convention Against Torture. *In re Shabbir Ahmad*, No. A073 534

636 (B.I.A. June 8, 2012), *aff'g* No. A073 534 636 (Immig. Ct. N.Y. City July 1,

2010). We assume the parties' familiarity with the underlying facts and

procedural history.

The petition for review is **DENIED** for substantially the same reasons stated by the BIA in its decision.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk